# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: EDWARD D AVILES CRUZADO

Bankruptcy Number: 13-07924-ESL

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: 09/27/2013

Days From Petition Date: 33

910 Days Before Petition: 04/01/2011

Chapter 13 Plan Date: 09/27/2013 ☐ Amended

This is Debtor(s) _____ Bankruptcy petition.

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

Check/MO# _____

Date: _____ Amount: $ _____

First Meeting Date: 10/30/2013 at 2:00PM

341 Meeting Date: 10/30/2013 at 2:00PM

Confirmation Hearing Date: 11/22/2013 at 11:00AM

Plan Base: $0.00   Plan Docket #

This is the _____ scheduled meeting.

Total Paid In: $0.00

*APPEREANCES:   ☐ Telephone   ☐ Video Conference

Debtor: ☐ Present ☑ Absent ☐ ID & Soc. OK         Joint Debtor: ☐ Present ☐ Absent ☐ ID & Soc. OK

☐ Examined   ☑ Not Examined under Oath             ☐ Examined   ☐ Not Examined under Oath

Attorney for Debtor(s): ☑ Not Present ☐ Present

Name of Attorney Present (Other than Attorney of Record): _____

☐ Pro-se

☐ Creditor(s) Present       ☑ None

_____

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: PRO SE*

Total Agreed: $0.00   Paid Pre-Petition: $0.00   Outstanding (Through the Plan): $0.00

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor(s) Income is (are) ☐ Under ☐ Above Median Income         Liquidation Value: $ _____

Commitment Period is   ☐ 36 months   ☐ 60 months §1325(b)(1)(B)   Projected Disp. Inc.: $ _____

The Trustee:   ☐ NOT OBJECTS   ☐ OBJECTS   Plan Confirmation   Gen. Uns. Approx. Dist.: ____ %

§341 Meeting ☐ CONTINUED ☑ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ____ DAYS

§341 Meeting Rescheduled for:_____

Comments: Debtor did not appear nor gave an excuse for his absence.

---

*TRUSTEE'S OBJECTIONS TO CONFIRMATION: NOTICE: LBR 3015-2(c)(6) The debtor must within seven (7) days after service of the objection file either: (A) an amended plan that addresses each objection; or (B) a reply setting forth the facts and legal arguments that give rise to the reply in sufficient detail to allow each objector, if possible, to reconsider and withdraw its objection.

*TRUSTEE WILL FILE MOTION TO DISMISS:
-Failure to Appear
-Failure to Commence Payments

*OTHER COMMENTS / OBJECTIONS

No schedules or plan have been filed. It appears that this is a case filed by Valentin Valdes.

---

/s/ Jose R. Carrion, Esq.     Meeting Date: Oct 30, 2013
    **Trustee**

/s/ Alexandra Rodriguez, Esq.
    **Presiding Officer**